# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Lifetime Well LLC

           **Plaintiff(s)**

IBSpot.com Inc.

           **Defendant(s)**

VS.

Case No: 2:25-cv-05135-MAK

## AFFIDAVIT OF SERVICE

I, Juliet Jones, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint with Exhibits, Designation Form, Disclosure Statement Form, and Civil Cover Sheet in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/09/2025 at 08:09 AM, I served IBSpot.com Inc., c/o Northwest Registered Agent LLC, Registered Agent at 502 West 7th Street, Suite 100, Erie, Pennsylvania 16502 with the Summons, Complaint with Exhibits, Designation Form, Disclosure Statement Form, and Civil Cover Sheet by serving Matthew Parini, Agent, authorized to accept service on behalf of Northwest Registered Agent LLC.

Matthew Parini is described herein as:

Gender: Male    Ethnicity: Caucasian    Age: 55    Weight: 275    Height: 6'0"    Hair: Brown

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 09/09/2025

*[signature]*

Juliet Jones

Client Ref Number: N/A
Job #:14100760

Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050