UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIFETIME WELL LLC<br><br>    Plaintiff,<br><br>    v.<br><br>IBSPOT.COM INC.<br><br>    Defendant | Case No. 2:25-cv-05135-MAK |

## **REQUEST FOR ENTRY OF DEFAULT**

To the Clerk of the United States District Court for the Eastern District of Pennsylvania:

Kindly enter default against Defendant IBSpot.com Inc. pursuant to Federal Rule of Civil Procedure 55(a) of the Federal Rules of Civil Procedure in the above-captioned matter for failure to plead or otherwise defend in response to the Complaint as appears from the record and the attached Affidavit in Support of Plaintiff's Request for Entry of Default. As set forth in the attached Affidavit, IBSpot.com Inc. was served with the Complaint and Summons on September 9, 2025, and the time provided by Rule 12 for a response has elapsed.

Respectfully submitted,

DATED: October 3, 2025        GORDON REES SCULLY MANSUKHANI LLP

By: */s/Clair E. Wischusen*
    Clair E. Wischusen, PA ID# 306752
    1717 Arch Stree, Suite 610
    Philadelphia, PA 19103
    cwischusen@grsm.com
    (703) 650-7030
    (202) 800-2999 Facsimile

*Attorneys for Plaintiff Lifetime Well LLC*

**CERTIFICATE OF SERVICE**

I certify that, on the date indicated below, I caused true and correct copies of ***Plaintiff's Request to Enter Default and Affidavit in Support of Request for Entry of Default*** to be served on the following party via first class mail:

> IBSpot.com Inc.
> c/o Northwest Registered Agent LLC
> 502 West 7th Street
> Suite 100
> Erie, PA 16502

Dated: October 3, 2025                /s/ Clair E. Wischusen
                                      Clair E. Wischusen
                                      *Attorneys for Plaintiff Lifetime Well LLC*