# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIFETIME WELL LLC<br><br>    Plaintiff,<br><br>    v.<br><br>IBSPOT.COM INC.<br><br>    Defendant | Case No. 2:25-cv-05135-MAK |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Clair E. Wischusen, being duly sworn, state as follows:

1. I am an attorney for Plaintiff Lifetime Well LLC in the above-captioned action and I am familiar with the file, records, and pleadings in this matter.

2. Plaintiff initiated this action against Defendant IBSpot.com Inc. ("Defendant") by filing a Complaint on September 8, 2025. *See* ECF No. 1.

3. On September 9, 2025, Defendant's registered agent was personally served with the Summons and Complaint. A copy of this Proof of Services is docketed at ECF No. 7.

4. Under Federal Rule of Civil Procedure 12(a), Defendant's answer or response came due on or before September 30, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

5. Defendant failed to answer the Complaint or otherwise respond within the time prescribed by the Federal Rules of Civil Procedure.

6. Defendant is not an individual and thus, it is neither a minor nor an incompetent person. Likewise, Defendant is not in military service.

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

-2-

Dated: October 3, 2025

                                               */s/Clair E. Wischusen*