# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action:  25-5135

LIFETIME WELL LLC

v.

IBSPOT.COM INC.

<u>Entry of Default</u>

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against

Defendant IBSPOT.COM INC. for failure to plead or otherwise defend.

George Wylesol
Clerk of Court

By:  <u>s/ Frank Del Campo</u>
Frank Del Campo, Deputy Clerk