IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIFETIME WELL LLC | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 25-5135 |
| | : | |
| IBSPOT.COM INC. | : | |

## ORDER

AND NOW, this 15th day of October 2025, upon considering the Clerk's October 8, 2025 Entry of default (ECF 10), and for good cause, it is **ORDERED** we:

1. **Grant** Plaintiff leave to move for specific damages no later than **November 3, 2025** with service upon the Defendant by overnight mail signature requested, and certified mail return receipt requested with proof of service filed no later than **November 4, 2025**;

2. **Grant** Defendant leave to respond to the forthcoming Motions for specific damages on or before **November 10, 2025**;

3. **Attach** all parties and counsel for an evidentiary hearing to determine the precise amount of damages, liquidated damages, attorney's fees, and injunctive relief and defenses to this requested relief on **November 12, 2025** beginning at **9:00 A.M.** in Courtroom 6B; and,

4. **Require** Plaintiff serve this Order upon the Defendant by overnight mail signature requested, and certified mail return receipt requested by **October 16, 2025** with proof of service filed no later than **October 17, 2025**.

_____
KEARNEY, J.