**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------X

LIFETIME WELL LLC

Plaintiff, Case No.: 2:25-cv-5135

-against-

IBSPOT.COM INC.

Defendant

---------------------------------------------------------X

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant IBSpot.com Inc. ("Defendant"), by its undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff's Complaint in its entirety for failure to state a claim upon which relief can be granted. In support of this motion, Defendant submits the accompanying Memorandum of Law and Proposed Order.

## INTRODUCTION & SUMMARY OF ARGUMENT

Plaintiff alleges Defendant copied images and used the term "Oricle" in connection with a brief online listing. While the Complaint attaches screenshots, it does not plead facts sufficient to support any of its asserted causes of action. Instead, it relies on conclusory assertions and statutory buzzwords without factual detail, as prohibited by *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007).

Even accepting Plaintiff's allegations as true, the Complaint fails to plausibly allege:

1. copying of **protectable expression** under copyright law,
2. **secondary meaning** for an unregistered trademark,
3. **likelihood of confusion** or false advertising,
4. **willfulness**, or
5. **injury, damages, or lost sales**.

Importantly, Defendant alleges only three transactions — each fulfilled by Defendant purchasing Plaintiff's own product from Plaintiff's Amazon listing. Thus, Plaintiff experienced no lost sales, no diverted customers, and no reputational harm, defeating any claim of damages or irreparable injury.

Because the Complaint does not allege facts meeting Rule 8's requirements, and consists largely of labels and conclusions, dismissal is warranted.

## RELIEF REQUESTED

Defendant respectfully requests that the Court:

1. **Dismiss the Complaint with prejudice** under Rule 12(b)(6);
2. **Strike Plaintiff's conclusory willfulness and enhanced damages allegations**; and
3. Grant such further relief as the Court deems appropriate.

## CONCLUSION

For the reasons stated herein and in the accompanying Memorandum of Law, the Court should dismiss Plaintiff's Complaint in its entirety.

**Dated: November 4, 2025**

Respectfully submitted,

/s/Yen-Yi Anderson
Anderson & Associates Law, P.C
347 W 36th Street, Suite 1003
New York, NY 10018
646-452-9982
y.anderson@aalawpc.com

*/s/ Jeffrey J. Goldin, Esq.*
Goldin Law Group, P.C.
PA ID: 312689
135 Old York Road
Jenkintown, PA 19046
215.261.7505
jgoldin@glgphilly.com

*Counsel for Defendants IBSPOT.COM INC.*

**CERTIFICATE OF SERVICE**

I certify that on this 4th day of November 2025, a true and correct copy of the foregoing Motion was served via ECF on all counsel of record.

Yen-Yi Anderson, Esq.