

# Artificial Intelligence Policy

To All Anderson and Associates Staff:

As of December 5, 2025, Anderson and Associates ("A&A") has adopted a zero-tolerance artificial intelligence ("AI") policy for its legal services. Any unreported usage of artificial intelligence by any employee or contractor in conjunction with legal services offered to clients will result in immediate termination.

Any employee or contractor that wishes to use artificial intelligence in the delivery of any legal services—including, but not limited to, court filings, memos, emails, presentations, drafts/edits/grammar checks, and translation—MUST report such a desire to the supervising attorney involved in the work and receive permission PRIOR TO such usage. A&A encourages discussion on the topic of appropriate and proportional AI usage with supervising attorneys at the outset of new assignments so that the scope of any AI use can be determined as early as possible and proper checks on AI use may be established on a case by case basis to ensure the high level of excellence in legal service delivery that the firm's values demand.

As a boutique firm, it is imperative that this disclosure be made in every instance of AI usage for every case involved. Given the propensity for AI—even AI provided by premier legal research providers such as LexisNexis or Westlaw—to hallucinate, misquote, miscite, mistranslate, or redundantly draft documents using predictive algorithms instead of human logic and understanding, this policy is necessary and will be enforced to the maximum extent allowable.

In addition to immediate termination, unreported or unapproved usage of artificial intelligence that is discovered by the firm may also result in legal filings that call out unapproved artificial intelligence users by name or in reports to the appropriate grievance committees that oversee legal ethics for individuals. A&A employees and contractors furthermore agree to fully indemnify the firm in the instance such artificial intelligence usage results in monetary sanctions, client reputational damages, or other damages that affect the firm.

This policy takes effect immediately.

Sincerely,
Yen-Yi Anderson
Managing Principal