UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
------------------------------------------------------- X
LIFETIME WELL LLC,                                      :
                                                        :
                Plaintiff,                              :
                                                        :
        v.                                              :   CASE NO. 2:25-CV-05135-MAK
                                                        :
IBSPOT.COM INC.                                         :
                                                        :
                Defendant.                              :
                                                        :
------------------------------------------------------- X
```

## DECLARATION OF DANIELLE WHITE

Pursuant to 28 U.S.C. § 1746, I, Danielle White, declare:

1. I am over the age of 18 and fully competent to make this declaration. I have personal knowledge of the facts herein.

2. I am the manager of IBSPOT.COM.

3. I have been fully briefed on the artificial intelligence usage of IBSPOT.COM's New York counsel Anderson and Associates, including the Court's potential sanction of Anderson and Associates for said usage and the Court's reasoning.

4. I request this Court not to sanction Anderson and Associates. As a long time client of Anderson and Associates, I am confident the firm will learn how to best utilize artificial intelligence in its court filings.

5. I also believe Anderson and Associates is still the best law firm to help IBSPOT.COM resolve this case. We have had productive settlement discussions with the plaintiff, and I believe the case will be satisfactorily resolved in due time.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 5, 2025.

_____

Danielle White