

# Record of Training

**Jeffrey Goldin**

completed the following course:

**Artificial Intelligence Ethics for Attorneys**

held on

**12/04/2025**  for  **91**  minutes.

_Tammy Nortman_
CLE Manager

12/04/2025
Date

LexisNexis and the Knowledge Burst logo are registered trademarks of Reed Elsevier Properties Inc., used under license. Other products or services may be trademarks or registered trademarks of their respective companies.
Privacy Policy | Cookie Policy | Terms & Conditions
9443 Springboro Pike, Miamisburg, OH 45342