UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIFETIME WELL LLC, | |
| Plaintiff, | NO. 2:25-cv-05135-MAK |
| v. | |
| IBSPOT.COM INC., | |
| Defendant. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties have reached a resolution of their disputes. Thereby, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, by counsel, dismisses all claims against Defendant with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated:  December 29, 2025                    Respectfully Submitted,

*/s/ Howard N. Shipley*                      */s/ Yen-Yi Anderson*
Howard N. Shipley (admitted pro hac vice)    Yen-Yi Anderson (admitted pro hac vice)
GORDON REES SCULLY                           ANDERSON AND ASSOCIATES LAW, P.C.
MANSUKHANI, LLP                              347 W 36th Street
277 South Washington Street                  Suite 1003
Suite 550                                    New York, NY 10018
Alexandria, VA 22314                         Phone: (646) 452-9982
Phone: (202) 372-9075                        Email:  y.anderson@aalawpc.com
Email:  hshipley@grsm.com

                                             */s/ Jeffrey Goldin*
Clair E. Wischusen, PA ID# 306752            Jeffrey Goldin
GORDON REES SCULLY                           GOLDIN LAW GROUP P.C.
 MANSUKHANI, LLP                             135 Old York Road
707 Grant Street, Ste. 3800                  Jenkintown, PA 19046
Pittsburgh, PA 15219                         Phone: (267) 865-6930
Phone: (703) 650-7030                        Email:  jgoldin@glgphilly.com
Email:  cwischusen@grsm.com

                                             ***Attorneys for Defendant IBSpot.com Inc.***
***Attorneys for Plaintiff Lifetime Well LLC***

-2-

## CERTIFICATE OF SERVICE

I hereby certify on December 29, 2025, a true and correct copy of **STIPULATION OF DISMISSAL WITH PREJUDICE** was served via ECF on all counsel of record.

                                          */s/ Howard N. Shipley*
                                          Howard N. Shipley