**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LIFETIME WELL LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 25-5135 |
| | : | |
| **IBSPOT.COM INC.** | : | |

## ORDER

**AND NOW**, this 30th day of December 2025, it having been reported the above captioned matter is settled and the parties stipulate to the dismissal of this action with prejudice (ECF 40), while reminding counsel we must retain jurisdiction to address the potential sanction under our November 26, 2025 Order (ECF 27) including considering the show cause memoranda (ECFs 31, 33, 35) and as we detailed during our December 18, 2025 initial pretrial conference, it is **ORDERED**:

1. This action is **DISMISSED** with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. We retain limited jurisdiction to promptly address an appropriate sanction under our November 26, 2025 Order (ECF 27); and,

3. The Clerk of Court shall mark this matter **CLOSED**.

**KEARNEY, J.**