UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------- X
LIFETIME WELL LLC,                                      :
                                                        :
        Plaintiff,                                  :
                                                        :
  -against-                                            :  **CASE NO. 2:25-cv-05135-MAK**
                                                        :
IBSPOT.COM INC.,                                        :
                                                        :
        Defendant.                                  :
                                                        :
------------------------------------------------------- X

**CERTIFICATE OF COMPLIANCE**

Pursuant to 28 U.S.C. § 1746, I, Yen-Yi Anderson, certify:

1. On February 2, 2026, I complied with the obligations under the Court's Order at ECF 43. On this date, I delivered a cover letter to Akira Arroyo, Director of the City Bar Justice Center's Neighborhood Entrepreneur Law Project, 42 West 44th Street, New York, NY 10036, enclosing the Order; the Memorandum at ECF 42; my firm's new artificial intelligence policy; and my personal check payable to the Neighborhood Entrepreneur Law Project for $4,000 as a monetary sanction without seeking reimbursement including from my law firm or my client. I requested Director Arroyo share the Order, the Memorandum, and my law firm's new artificial intelligence policy with attorneys and paraprofessionals in the Project's membership so as to allow my regretted errors to serve as a cautionary example. I certify that there were no other matters where the now-terminated law clerk used undisclosed artificial intelligence, as the law clerk was caught misrepresenting her work to the firm and plagiarising artificial intelligence work

as her own to *prepare* filings in two separate cases, which were never filed because she was caught and terminated.

2. A true and accurate copy of the cover letter that was required by the Order is attached to this certificate of compliance.

3. On January 26, 2026, the same day the Order and Memorandum were filed, I underwent three biopsies to address a BI-RADS 5 imaging assessment that indicated a more than 95% likelihood of cancer. The results for the biopsies came back on January 28, 2026, and based on those results, I was diagnosed by NYU Langone doctors with invasive cancer.

4. I therefore hope this certificate of compliance satisfies the Court's Order. Should the Court require anything further from me for any reason, I respectfully request in advance a stay of any Court-imposed deadlines for at least 90 days while I attend to urgent health matters, including supplementary imaging, surgery, and other critical medical care.

I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 2, 2026.

By:    */s/ Yen-Yi Anderson*
Yen-Yi Anderson
New York Bar No. 5096268
*Pro Hac Vice* Admission to
   Pennsylvania Eastern District
Anderson and Associates
347 W 36th Street, Suite 1003
New York, NY 10018
Tel: (646) 201-9117
Email: y.anderson@aalawpc.com



Anderson & Associates Law, P.C.

347 West 36th Street, Suite 1003
New York, NY 10018
T: (646) 452-9982
F: (646) 349-4396

Yen-Yi Anderson
Managing Principal
y.anderson@aalawpc.com

February 2, 2026

VIA HAND DELIVERY

**Akira Arroyo**
Director of the City Bar Justice Center's Neighborhood Entrepreneur Law Project
42 West 44th Street
New York, NY 10036

Dear Akira Arroyo,

  Pursuant to the Court Order, ECF 43, in *LIFETIME WELL LLC v. IBSPOT.COM INC.*, No. 2:25-cv-05135-MAK (E.D. Pa. 2026), I request that you share the enclosed Order, Memorandum, and my law firm's new artificial intelligence policy with attorneys and paraprofessionals in the Project's membership so as to allow the undersigned's regretted errors to serve as a cautionary example.

                      Sincerely,

                      */s/ Yen-Yi Anderson*
                      Yen-Yi Anderson, Esq.
                      Anderson & Associates
                      347 W 36th St, Suite 1003
                      New York, NY 10018
                      (646) 452-9982
                      y.anderson@aalawpc.com

Enclosures
- Order
- Memorandum
- Attorney Anderson's firm's new artificial intelligence policy
- Attorney Anderson's personal check payable to the Neighborhood Entrepreneur Law Project for $4,000